# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **DAVID T. DUVAL,** | ) |
| Plaintiff, | ) Case No. 2:22CV00018 |
| v. | ) **JUDGMENT** |
| **KILOLO KIJAKAZI,** **ACTING COMMISSIONER** **OF SOCIAL SECURITY,** | ) Judge James P. Jones |
| Defendant. | ) |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: January 30, 2024

/s/ James P. Jones
Senior United States District Judge